JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DURJAN SINGH,

       Petitioner,

  v.

SECRETARY OF DHS, et al.,

       Respondents.

Case No. 5:20-cv-00209-SVW-KES

**JUDGMENT**

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that Grounds 1, 2, and 3 of the Petition are dismissed as moot and Ground 4 of the Petition is dismissed for lack of subject matter jurisdiction.

DATED:  February 12, 2021

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE